CAROLINE D. CIRAOLO
Principal Deputy
Assistant Attorney General

AKEXABDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3395 (v)
202-307-0054 (f)
Alexander.Stevko@usdoj.gov

Of Counsel:
U.S. Attorney
Daniel G. Bogden
*Attorneys for United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>　　　　v.<br>DENISE SIZEMORE, individually and as trustee of the Joan Anne Lynch Revocable Trust; JENNIFER KARTLER; and CLARK COUNTY, NEVADA<br><br>　　　　Defendants. | Case No. 2:16-CV-02209-JAD-CWH<br><br>ECF No. 6 |

**STIPULATED MOTION AS TO PRIORITY BETWEEN UNITED STATES AND CLARK COUNTY AND PROPOSED ORDER**

Plaintiff, the United States of America, and defendant Clark County, Nevada

agree as follows:

Stipulated Motion As To Priority Between United States And
Clark County And Proposed Order
(Case No. 2:16-cv-02209-JAD-CWH)

1

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

1.    This Stipulation concerns the real property described in paragraph 8 of the United States' Amended Complaint in this case. (Dkt. No. 1) The real property is known as the "subject property." The subject property is located within Clark County.

2.    Clark County imposes property taxes upon the assessed value of real property within the County. By operation of Nevada law, Clark County has a lien upon real property in the amount of property taxes that are due but unpaid. NRS 361.450, *et seq.* Any Clark County lien on the Subject Properties shall remain until any and all real property taxes due and owing, along with all penalties and costs, are paid in full.

3.    To the extent that property taxes imposed by Clark County have become due and payable, but have not been paid, those property taxes should be paid before the United States' interest or any other interest in the subject property is satisfied. 26 U.S.C. § 6323(b)(6).

4.    The parties agree to bear their own costs and fees.

5.    Clark County agrees that this Court has jurisdiction over the res of the subject property.

6.    Except as stated herein, Clark County consents to judgment as requested in the United States' Amended Complaint.

7.    The United States and Clark County jointly request the Court to enter the following proposed order.

Stipulated Motion As To Priority Between United States And
Clark County And Proposed Order
(Case No. 2:16-cv-02209-JAD-CWH)

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

1

2   Dated this 26th day of October, 2016.          Dated this 26th day of October, 2016.

3   CAROLINE D. CIRAOLO                             STEVEN B. WOLFSON
    Principal Deputy                                District Attorney
4   Assistant Attorney General                      **Civil Division**
                                                    State Bar No. 001565
5   /s/ Alexander E. Stevko
    ALEXANDER E. STEVKO                             /s/ Shannon Wittenberger*
6   Ca Bar NO. 301359                               Shannon Wittenberger
    Trial Attorney, Tax Division                    Deputy District Attorney
7   U.S. Department of Justice                      State Bar Mo. 012304
    P.O. Box 683                                    500 South Grand Central Pkwy.
8   Washington, D.C.  20044                         PO Box 552215
    202-616-3395 (v)                                Las Vegas, NV 8915502215
9   202-307-0054 (f)                                702-455-4761 (v)
    Alexander.Stevko@usdoj.gov                      702-382-5178 (f)
10                                                  shannon.wittenberger@clarkcountyda.
                                                    com
11  Of Counsel:                                     * Permission to enter e-signature
    U.S. Attorney                                   granted by email dated 10/25/2016
12  Daniel G. Bogden
    *Attorneys for United States*

13
                                  **ORDER**
14

15  This stipulation [6] is approved.  IT IS HEREBY ORDERED that, if the United States obtains
    an order permitting it to sell one or more of the Subject Properties in connection with this case,
16  the order shall provide for the payment of any due and owing real property taxes to Clark
    County before payment is made against the United States' federal tax lien.  Any Clark County
17  lien on the Subject Properties shall remain until any and all real property taxes due and owing,
    along with all penalties and costs, are paid in full.  Subject to the terms of this stipulation and
18  order, Clark County shall be deemed to have consented to entry of judgment against it as
    requested in the United States' complaint.
19

20                                          _____
21                                          Jennifer Dorsey
                                            U.S. District Judge
22                                          12/22/16

23

Stipulated Motion As To Priority Between United States And          3          **U.S. DEPARTMENT OF JUSTICE**
Clark County And Proposed Order                                                Tax Division, Western Region
(Case No. 2:16-cv-02209-JAD-CWH)                                               P.O. Box 683
                                                                               Washington, D.C.  20044
                                                                               Telephone: 202-616-3395